**Anthony W. SCOTT, Petitioner,**

v.

**TENNESSEE VALLEY AUTHORITY,**
**Respondent.**

No. 04–3462.

United States Court of Appeals,
Federal Circuit.

May 9, 2005.

Before CLEVENGER, BRYSON, and
PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Othel L. BRADSHAW, Petitioner,**

v.

**DEPARTMENT OF VETERANS**
**AFFAIRS, Respondent.**

No. 05–3070.

United States Court of Appeals,
Federal Circuit.

May 9, 2005.

Before NEWMAN, CLEVENGER, and
GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.